# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2018

156384

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DIONTEE LaQUINN BEAVERS,
     Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156384
COA: 330867
Kent CC: 14-006054-FH

     On order of the Court, the application for leave to appeal the July 3, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



a0905

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2018



Clerk